UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-60147-CR-HURLEY

UNITED STATES OF AMERICA

    Plaintiff,

vs.

AARON DOMINICK BARR,

    Defendant.
_____/

FILED by _____ D.C.

SEP 2 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER OF TRANSFER TO CLERK

The defendant in the above-styled cause is hereby transferred to the Clerk's suspended file until such time as the above listed fugitive is apprehended.

**DONE AND ORDERED** at West Palm Beach, Florida this 2 day of September, 2015.

_____
DANIEL T. K. HURLEY
**UNITED STATES DISTRICT JUDGE**

cc:    U.S. Attorney's Office