AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-CR-60147-DTKH |
| Aaron Dominick Barr, | ) | |
| | ) | |
| Defendant | ) | |

**FILED by _____ D.C.**
**SEP 16 2015**
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/16/15

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Sean Marcus
*Printed name of defendant's attorney*

William Matthewman
*Judge's signature*
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE
*Judge's printed name and title*