**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _15 - 60147 - CR - HURLEY_

UNITED STATES OF AMERICA

       Plaintiff,

v.

_AARON DOMINICK BARR ,_

       Defendant.

_____/

FILED by _____ D.C.

SEP 1 6 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON INITIAL APPEARANCE

AUSA _Adam McMichael For_    Language _ENGLISH_
       _JAIME GALVIN_

Agent _____    DAR: _10:40:06_

The above-named defendant having been arrested on _SURRENDERED_ _9/16/2015_, having appeared before the Court for initial appearance **on** _9/16/2015_ and proceedings having been held in accordance with **Fed.R.Cr.P.   r. 5 or 40(a)**, it is thereupon

      **ORDERED** as follows:

1. _SEAN MARCUS_ appeared as permanent/temporary counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _____, 2015.

4. ~~Preliminary/~~Arraignment/~~Removal/Identity~~ hearing is set for _10am_ _HELD_, 2015.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
    A **detention hearing**, pursuant to 18 U.S.C. Section 3142(f), is set for _10am_, 2015.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
    _$100,000 PSB_

    This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
_____a. Surrender all passports and travel document to the Pretrial Services Office.
_____b. Report to Pretrial Services as follows:_____times a week by phone, _____time a week in person; other: _____

_____c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

_____d. Maintain or actively seek full time gainful employment.

_____e. Maintain or begin an educational program.

_____f. Avoid all contact with victims of or witnesses to the crimes charged.

_____g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

_____h. Comply with the following curfew: _____

_____i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

_____j. Comply with the following additional special conditions of this bond:

_____

_____

This bond was set:        At Arrest _____

                              On Warrant _____

                              After Hearing __X_____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond.   Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forthherein or those later ordered by the court, the defendant is subject to arrest and revocation of release   and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at West Palm Beach, FL this _16TH_ day of _SEPTEMBER_ , 2015.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
    Defense Counsel
    Pretrial Services/Probation