UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  15-60147-CR-HURLEY

UNITED STATES OF AMERICA,
        Plaintiff,

v.

AARON DOMINICK BARR,
        Defendant(s).
_____/

## ORDER SETTING TRIAL

**THIS CAUSE** comes before the court *sua sponte*.  It is

**ORDERED and ADJUDGED:**

1.  The trial proceedings in this case are set on the court's **October 2015** trial calendar which commences on **Monday, October 5, 2015.**

2.  A calendar call will be conducted on **Thursday, October 1, 2015 at 8:30 a.m.** in Courtroom 5 at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida.  Out-of-town counsel may attend the hearing via telephone conference **if arrangements are made at least 48 hours in advance** with the Courtroom Deputy at 561-803-3452.  Counsel are advised to monitor the court's unofficial website at http://www.judgehurley.com for any unexpected changes.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 18th day of September, 2015.

                                                      Daniel T. K. Hurley
                                                     United States District Judge

**Copies furnished counsel**