UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   15-60147-Cr-Hurley

UNITED STATES OF AMERICA,
         Plaintiff,

vs.

AARON DOMINICK BARR,

         Defendant.
                                                      /

**CHANGE OF PLEA MINUTES**

       On   October 8, 2015   the above named defendant appeared in person before the Honorable Daniel T. K. Hurley , Senior United States District Judge, with   Sean Marcus  , counsel retained and said defendant, stated in open court that he desired to withdraw the plea of Not Guilty heretofore entered and desired to enter a plea of Guilty as to Count(s)  1 and 2 , of the   Information  .

       After the defendant was duly sworn, the Court made inquiry as to guilt.   The Court, being satisfied there was a factual basis for the plea, accepted the plea of Guilty and found the defendant guilty as charged. Whereupon:

      ( )     The Court proceeded to pronounce sentence. (See J&C)

      ( **x** )     The Court postponed sentencing until :

            *Judge Hurley's Chambers will set a sentencing date*

      ( x)     The defendant being allowed to remain on bond until sentencing.

      ( )     The defendant being remanded to the custody of the U. S. Marshal Service until a _____ bond in the amount of $_____ is approved and posted.

      ( )     The defendant being remanded to the custody of the U. S. Marshal awaiting sentencing.

The U. S. Attorney announced Count(s)   -----------   would be dismissed on the government's motion at sentencing.

Judge:   USDJ Daniel T. K. Hurley

Court Reporter:  Gizella Baan-Proulx

Interpreter: _____

AUSA:  Jamie Galvin

Courtroom Deputy:   Tanya McClendon