**GUYLLIANO DEMOSTHENES**
**MECHANIC TECHNICIAN**
**12945 S.W 30TH COURT**
**MIRAMAR, FL 33027**
**305 788 1637**

Jan 02 2016

Your Honor

I am writing to urge leniency in the sentencing of my nephew AARON BARR.

I have known AARON almost his entire life from being a kid to a young adult. I was taken aback when I heard of the charges filed against him. I'd like to give you a perspective of the person that I watch growing up.

AARON has always been there as a person living with me, willing to lend a hand with everything from fixing a car, house chores, babysitting to a high school graduated. He has always live a very positive lifestyle; graduated high school with the range of his classmate and looking forward to pursue his carrier as a firefighter in Tallahassee.

My nephew AARON is a person full of Love and compassion, Honesty, Understanding, Intelligent Kind-Hearted and last not least the most respectful person of any kind to anyone.

I sincerely think that base on our conversation, he has learned from his mistake and wants to be an example for future kids. My family and I will continue to support and love him and the best outcome of this case.

Should you need to verify any of my statement above, please feel free to contact me.

Sincerely,

To Whom This May Concern,

My name is Kanesha Barr I live in Tampa, FL. I'm writing this letter in regards to my little brother Aaron Barr, I want to shed a little light about him as a person and how much he means to his family. We can all agree that he has made a few mistakes some worse than others but no one's perfect and everyone makes mistakes. Not to cradle or make excuses for him, but he an I both lost our father at a very young age. In a brutal way! Which neither one of us or our family has overcome yet. And honestly that's where the issue's began. As a child/in his case a young boy when you lose a parent it messes with you mentally & emotionally. Not having a father there to nurture him into man hood teaching him right from wrong. On top of that not knowing how to express himself and deal with things the right way instead he held things bottled up inside turning to drugs and alcohol as a copping mechanism. Turning to the streets as well as surrounding himself around people who didn't genuinely care about him and his wellbeing used him and took advantage of his situation an preyed on him. Getting him to do things that were not right. Because he was not raised that way!. Knowing my brother and knowing his heart I know he didn't commit this crime with malicious intent. I believe the things he's being accused of where to support his family along with a dangerous drug habit even if that meant going about it the wrong way. He was trying to figure out how to be a man and the load became too heavy Losing himself somewhere down the line. Growing up Aaron was always on the honor roll made good grades and NEVER told a lie! HE is a good kid, very kind hearted an does everything he could to help others. Sometimes to a fault. At one point he was enrolled in school to become a fire fighter to better himself and our family. I pray that you find it in your hearts to give him a second chance to prove that he can turn his life around and make a positive impact on himself along with others. I feel he just needs some redirecting along with counseling an job assistance. I ask that you help rehabilitate him so he can return home and be with the people that love him the most!

Thank You, if you have any questions or concerns

Please feel free to call

(786)-371-7449

To whom it may concern,

    I'd like to start by saying Aaron is an exceptional young man with a lot of potential. He has the aptitude to be anything he wants to be. I may be somewhat biased since Aaron is my nephew. However, I am not under any illusions as to the kind of person he is. Aaron is a very thoughtful, caring young man that is loyal to a fault. It is some of those characteristics that got him in the situation he is in right now. As I alluded initially, Aaron is very intelligent and understands right from wrong. However, he likes to please people around him and does not always make the right decisions. Aaron lost his father at a very young age and he has gravitated towards older people who do not always have his best interest at heart. It is difficult for me to accept that Aaron learned this behavior on his own, and I do not accept that. However, Aaron is accepting responsibility for his actions. Unfortunately, this situation developed the way it did before he got a chance to make good on his promise to me of becoming a firefighter like my younger brother and I are in Gainesville, FL. Aaron had actually started or was in the process of re entering the EMT program in south Florida. I certainly hope another young man doesn't become another statistic in the justice system and that he is able to have a life later on. Aaron is a young kid that has made some mistakes but he has taken responsibility for his actions and I for one am hoping these mistakes do not ruin his life forever. I hope he gets a chance at redemption one day. Hopefully he can become a productive member of society. I hope you can see past the bravado and actually see my nephew for the good kid with potential he actually is. Aaron is not some hardened criminal that needs to be put away in order to protect society. He is a kid that got caught up with the wrong crowd and was surrounded by adults who failed him.

Respectfully,

Fritz Bonhomme

P.S. If anyone needs to contact me for anything further, Aaron has my contact information.

Sent from my iPhone

# GUERLINE MEDY, CPC

16301 SW 49th Court
Miramar, Florida 33027
(786) 247-8964
gmedy@me.com

Dear Whom Ever It May Concerns,

I am writing to you in regard to my nephew, Aaron Barr, in reference to Case # _____, which involves Aaron Barr, who is **being sentenced**_____. I believe I am in a position to speak to Aaron Barr's moral character, so I hope you will take this letter into account when making your decision.

I have obviously known Aaron for his whole life, and though my familial connection might make me slightly biased, I still feel that I am a good enough judge of character to be considered a fair reference. Aaron is older sister's only son and Aaron's dad dies, my sister had to raise Aaron as a single mother while maintaining a full time job.

Aaron Barr is a person of good moral character, who comes from a strong family. Our family has always believed in hard work, integrity, and goodwill toward others, and Aaron has retained all those beliefs. Aaron knows what it means to do an honest day's work, and also recognizes the value of his academic obligations.

Aaron Barr is, in short, a good person. He has always been kind and generous with others. He has a strong sense of duty, which applies in his job, family, and community. He also possesses a great deal of integrity, and constantly strives to make sure he is doing the right thing. Although Aaron have made some mistakes in his life, he takes full responsibility for his mistakes and action.

It must be difficult for you to make decisions like this when you don't actually know the person standing in front of you, so I hope you will look at my letter and the countless others you're receiving, and understand that Aaron Barr is the kind of person around whom people rally. That has to say something, so please let that be a factor in your decision.

Thank you,

Guerline Medy

Your Honour,

I'm writing a character reference for my Nephew Aaron Barr. I have known Aaron all his life he was always a talkative, and curious child. He grow up to be a very strong, smart, ambitious and hardworking young men that i love and very proud to call Nephew. Aaron has the kindest, helpful soul for a young men his age.

Our entire family was taken back from what he has done but that hasn't taking away from his integrity that he posses.

He is extremely dedicated to his family especially his mother. He is her rock begin her only child they have an unbreakable bond that can never be broken. He helps her with chores around the house ,washes her car because she's to tired to do so herself. Hes always there with a listening ear while she vents, brings her flowers our thinking of you cards, Hes the best Son ever i hope my sons grow up to be as caring and compassionate as Aaron.

Futher more everyone make mistake. I ask that you please be lenient to him on behalf of his Family and Friends.

Sincerely,
Ermione Edmond

*Ermione Edmond*
01/03/2016